NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEENA VAID-RAIZADA, M.D., an individual, <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON NATIONAL INSURANCE COMPANY, Maryland Corporation, A.I.G. DOMESTIC CLAIMS, INC., a Delaware Corporation, F.G, by and through her Guardian Ad Litem, MURLINE MAXIE, and DOES 1 through 100, inclusive, <br><br> Defendants. <br> _____ | Case No. CV08-01106 DDP (CTx) <br> [Hon Dean D. Pregerson] <br><br> FINAL JUDGMENT IN FAVOR OF DEFENDANT A.I.G. DOMESTIC CLAIMS, INC. <br><br><br> Hearing Date: November 10, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 3 <br><br><br> Pre-Trial Conf.: June 22, 2009 <br> Trial: June 30, 2009 |

    This action came on for hearing before the Court, on November 10, 2008, the Honorable Dean D. Pregerson, judge presiding, on defendants LEXINGTON INSURANCE COMPANY's and A.I.G. DOMESTIC CLAIMS, INC.'s motion for summary judgment. Defendant A.I.G. DOMESTIC CLAIM, INC.'s motion for summary judgment was unopposed. The evidence presented having been fully

considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff VEENA VAID-RAIZADA, M.D. take nothing, and that judgment be entered in favor of A.I.G. DOMESTIC CLAIMS, INC. as follows:

Judgment in favor of Defendant A.I.G. DOMESTIC CLAIMS, INC. as to plaintiff's first, second, and third causes of action as all causes of action are derived from the insurance policy (i.e. contract) to which A.I.G. DOMESTIC CLAIMS, INC. was not a party. The Court declares that A.I.G. DOMESTIC CLAIMS, INC. owes no contractual duties to plaintiff VEENA VAID-RAIZADA as A.I.G. DOMESTIC CLAIMS, INC. was not in privity of contract with plaintiff VEENA VAID-RAIZADA.

Dated: April 24, 2009          By: _____
                                    Hon. Dean D. Pregerson
                                    Judge, United States
                                    District Court